THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER GULLA, Appellant.

Submitted April 14, 1949; decided May 26, 1949.

*Walter Gulla,* appellant in person.

*Benjamin Newberg, District Attorney,* for respondent.

Judgment affirmed; no opinion. [See 299 N. Y. 793.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.